# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTIN BURRUS** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 12-776** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |
| **Defendants.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 3rd day of September 2013, upon consideration of Defendants' Motion for Summary Judgment and the opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to the City of Philadelphia and all claims against the City are **DISMISSED WITH PREJUDICE**.

2. The Motion is **DENIED** as to Defendants Police Officer Ernest Brown and Police Officer Bryan Sumter except as to any claim for false imprisonment, as to which the Motion is **GRANTED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
CYNTHIA M. RUFE, J.